UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| JAMAL ROYDRICK WOODS, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| vs. ) | Case No. 5:14-cv-00694-LSC-HGD |
| ) | |
| STATE OF ALABAMA, et al., ) | |
| ) | |
| Respondents ) | |

## MEMORANDUM OPINION

On May 6, 2014, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No objections to the magistrate judge's report and recommendation have been filed by petitioner or respondents.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge that the petition for writ of habeas corpus be dismissed as time-barred.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

Done this 29th day of May 2014.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

[160704]